# **Exhibit 2**

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _PAULA FAULKNER_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _25_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _24_ day of _August_, 2022.

Name: _Paula Faulkner_          Date: _8/24/2022_

Signature: _Paula Faulkner_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _ALAN C. ODOM, MD_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _CHRIS FRANK_ for approximately _10_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _15TH_ day of _SEPTEMBER_, 2022.

Name: _ALAN C. ODOM, MD_          Date: _9-15-2022_

Signature: _Alan C. Odom, MD_

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Alan Koenig_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Frank & Beth_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of _September_, 2022.

Name: _Alan Koenig_      Date: _9/19/22_

Signature: _____

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _BERT LECKIE_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _CHRIS FRANK_ for approximately _25_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _26_ day of _AUGUST_, 2022.

Name: _BERT LECKIE_     Date: _8/26/22_

Signature: _Bert Leckie_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Bobbye M. Morgan_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David Buntin_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _25_ day of _August_, 2022.

Name: _Bobbye M. Morgan_          Date: _8/25/2022_

Signature: _Bobbye Morgan_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Crystal Koenig_____. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Franks + David Bustin_ for approximately __7__ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of _September_, 2022.

Name: _Crystal Koenig_____     Date: _Sept 19, 2022_

Signature: _Crystal Koenig_____

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Dale Faulkner_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _25_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _24TH_ day of _August_, 2022.

Name: _Dale Faulkner_                    Date: _8-24-22_

Signature: _[signature]_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___David Glidden___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Frank, Mr. Buntin, Ms. Ridge___ for approximately ___4___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___16___ day of ___September___, 2022.

Name: ___David Glidden___          Date: ___September 16, 2022___

Signature: ___David Glidden___

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Dr. David Musgrave___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Chris Frank + David Buntin___ for approximately ___6___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___14th___ day of ___September___, 2022.

Name: ___Dr. David Musgrave___        Date: ___9.14.2022___

Signature: ___David M. Musgrave___

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _DAVID R HOLSCHER_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _CHRIS FRANK_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _24th_ day of _AUGUST_, 2022.

Name: _DAVID R HOLSCHER_          Date: _8/24/2022_

Signature: _David R Holscher_

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is <u>Debra A. Stone</u>. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. <u>David Buntin</u> for approximately <u>3</u> years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>20TH</u> day of <u>September</u>, 2022.

Name: <u>Debra A. Stone</u>          Date: <u>9-20-22</u>

Signature: <u>Debra A. Stone</u>

**DECLARATION**

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Debra Gray_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David Buntin_ for approximately _4_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _26th_ day of _August_, 2022.

Name: _Debra Gray_                     Date: _8/26/22_

Signature: _Debra Gray_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is <u>Donald Hartsfield</u>. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. <u>Chris Frank + David Buntin</u> for approximately <u>9</u> years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>20th</u> day of <u>September</u>, 2022.

Name: <u>Donald Hartsfield</u>          Date: <u>9/20/2022</u>

Signature: _____

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Doreen Bel_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _23_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _September_, 2022.

Name: _Doreen Bel_          Date: _9-20-2022_

Signature: _Doreen J. Bel_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Elizabeth Diane Ridley_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David Buntin_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _August_, 2022.

Name: _Elizabeth Diane Ridley_          Date: _8-29-22_

Signature: _Elizabeth Diane Ridley_

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Gloria B. Odom_ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _10_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _15_ day of _September_, 2022.

Name: _Gloria B. Odom_                Date: _9-15-2022_

Signature: _Gloria B. Odom_

**DECLARATION**

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Gloria L James_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David Bantin_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12th_ day of _September_, 2022.

Name: _Gloria L. James_          Date: _9-12-22_

Signature: _Gloria L James_

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _James Kevin Stone_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _DAVID Auntin_ for approximately _3_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _September_, 2022.

Name: _JAMEs KEVin Stone_   Date: _9-20-2022_

Signature: _James Kevin Stone_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _JAMES M. CRAVEN, JR._ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _CHRIS FRANK & DAVID BUSTIN_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _15TH_ day of _SEPT_, 2022.

Name: _JAMES M. CRAVEN JR_     Date: _9/15/2022_

Signature: _James M. Craven_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___James Ridley Jr.___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___David Buntin___ for approximately ___7___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___29th___ day of ___August___, 2022.

Name: ___James Ridley Jr.___          Date: ___8-29-22___

Signature: ___James Ridley Jr.___

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _____Jean P. Smith_____. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _____Chris Frank_____ for approximately _____8_____ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _25_ day of _August_, 2022.

Name: _____Jean P. Smith_____          Date: _08/25/2022_

Signature: _____Jean P. Smith_____

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _____John McCormick_____. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _____Chris Frank_____ for approximately _____6_____ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of _____August_____, 2022.

Name: _____John McCormick_____      Date: 8/24/2022

Signature: _____[signature]_____

**DECLARATION**

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Karla Byrd_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank & David Buntm_ for approximately _5_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16th_ day of _September_, 2022.

Name: _Karla Byrd_          Date: _9 - 16 - 2022_

Signature: _Karla Byrd_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Kendell Faulkner_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _25_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _26_ day of _August_, 2022.

Name: _Kendell Faulkner_          Date: _8-26-22_

Signature: _Kendell Faulkner_

**DECLARATION**

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Kevin Burris_ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David W. Buntin_ for approximately _4_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _September_ , 2022.

Name: _Kevin Burris_          Date: _9-20-22_

Signature: _Kevin T. Burris_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is <u>KEVIN F GANOE</u>. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. <u>FRANK</u> for approximately <u>20</u> years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>19</u> day of <u>SEPT</u>, 2022.

Name: <u>KEVIN F GANOE</u>     Date: <u>SEPF 19 2022</u>

Signature: <u>Kevin F Ganoe</u>

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Linda McCormick___ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Chris Frank___ for approximately ___6___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _24th_ day of _August_, 2022.

Name: ___Linda McCormick___        Date: ___8-24-22___

Signature: ___Linda McCormick___

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Margaret V. Chaffin_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank & Mr. David Buntin_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13th_ day of _September_, 2022.

Name: _Margaret V. Chaffin_     Date: _9-13-22_

Signature: _Margaret V. Chaffin_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Mary Beth Craven_ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank & David Buntin_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _15_ day of _Sept._ , 2022.

Name: _Mary Beth Craven_          Date: _09-15-22_

Signature: _MB Craven_

**DECLARATION**

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Melanie Theisen___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___David Buntin___ for approximately ___1___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___26th___ day of ___August___, 2022.

Name: ___Melanie Theisen___       Date: ___8/26/22___

Signature: ___Melanie C. Theisen___

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Michael Wade Blalock_ . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13_ day of _September_ , 2022.

Name: _Michael Wade Blalock_          Date: _9/13/22_

Signature: _Wade B_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Noreen B. Posely___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Chris Frank___ for approximately ___14___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___25th___ day of ___August___, 2022.

Name: ___Noreen B. Posely___          Date: ___8-25-2022___

Signature: ___Noreen B. Posely___

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Patricia Cory_____. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank + David Buntin_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16th_ day of _September_, 2022.

Name: _Patricia Cory_____

Date: _9-16-2022_____

Signature: _Patricia Cory_____

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Richard Gray___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___David Burtin___ for approximately ___4___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___26th___ day of ___August___, 2022.

Name: ___Richard Gray___        Date: ___8-26-22___

Signature: ___Richard Gray___

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Rodney Glenn Posely_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank_ for approximately _5_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _25_ day of _August_, 2022.

Name: _Rodney Glenn Posely_   Date: _08/25/22_

Signature: _Rodney D Posely_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Samuel T. James_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _David Burton_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12_ day of _September_ 2022.

Name: _Samuel T. James_          Date: _9-12-22_

Signature: _Samuel T. James_

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Steven Byrd___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Chris Frank & David Bunton___ for approximately ___5___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___16th___ day of ___September___, 2022.

Name: ___STeve Byrd___          Date: ___9-16-2022___

Signature: ___Steve Byrd___

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _SUSAN M. GANOE_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _FRANK_ for approximately _20_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of _September_, 2022.

Name: _SUSAN M. GANOE_          Date: _9/19/22_

Signature: _Susan M Ganoe_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Suzan Gibson_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank & David Borntin_ for approximately _3_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13th_ day of _September_, 2022.

Name: _Suzan Gibson_            Date: _Sept. 13, 2022_

Signature: _Suzan Gibson_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Terry Gibson_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank + David Buntin_ for approximately _3_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13th_ day of _September_, 2022.

Name: _[signature]_                     Date: _09-13-22_

Signature: _[signature]_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Thomas Clark_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank & David Buntin_ for approximately _7_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _16th_ day of _September_, 2022.

Name: _Thomas Clark_          Date: _9/16/22_

Signature: _Tom Clark_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _____Thomas Cory_____. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. Chris Frank & David Buntin for approximately __6__ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __10th__ day of __September__, 2022.

Name: __Thomas Cory__          Date: __9-10-2022__

Signature: __Thomas Cory__

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___Tom Casey___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___David W. Buntin___ for approximately ___4___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___20th___ day of ___September___, 2022.

Name: ___Tom Casey___                     Date: ___9/20/22___

Signature: ___Thomas A. Casey___

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Tressie Leckie_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Chris Frank + David Buntin_ for approximately _25_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _August_, 2022.

Name: _Tressie Leckie_          Date: _8/26/22_

Signature: _Tressie Leckie_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is _Wendy Holscher_. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. _Frank (Chris)_ for approximately _6_ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _24_ day of _August_, 2022.



Name: _Wendy J Holscher_          Date: _8-24-22_

Signature: _Wendy J Holscher_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is ___William E. Smith___. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. ___Chris Frank___ for approximately ___15___ years.

3) He recently contacted me to say that he had left First Horizon and had joined Pinnacle/Raymond James. He did not ask me to follow him. Rather, upon hearing of this change, I told him I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___25___ day of ___AUGUST___, 2022.

Name: ___William E. Smith___          Date: ___8-25-2022___

Signature: ___William E. Smith___