# Exhibit 3

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is __DARREN M LEWIS__. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. __CHRIS FRANK__ for approximately __17__ years.

3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __15th__ day of __SEPTEMBER__, 2022.

Name: __DARREN M LEWIS__   Date: __15 SEP 2022__

Signature: _/s/ Darren M Lewis_

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is **Herman Bel**. I am over 18 years of age and am fully competent to testify.
2) I have been a client of Mr. **Frank** for approximately **23** years.
3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.
4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **20th** day of **September**, 2022.

Name: **Herman Bel**  Date: **9-20-22**

Signature: *[signed]*

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is Jack Bohlken. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. Chris Frank & David Buntin for approximately 10 years.

3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2022.

Name: Jack Bohlken   Date: 9.9.2022

Signature: *Jack Bohlken*

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is __Keith Whitmire__. I am over 18 years of age and am fully competent to testify.
2) I have been a client of Mr. __Chris Frank + David Buntin__ for approximately __2__ years.
3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and have chosen him to remain as my financial advisor.
4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16th__ day of __September__, 2022.

Name: __Keith Whitmire__  Date: __9-16-22__

Signature: __Keith Whitmire__

## DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is __Linda Stone__. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. __David Buntin__ for approximately __8__ years.

3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __7th__ day of __September__, 2022.

Name: __Linda Stone__   Date: __9/7/22__

Signature: __Linda D. Stone__

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is  Mary Anne Gray . I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. Chris Frank + David Bunton for approximately 8 years.

3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2022.

Name: Mary Anne Gray

Date: 9-13-22

Signature: Mary Anne Gray

# DECLARATION

I give this Declaration pursuant to 28 U.S.C. § 1746 and Tennessee Rule of Civil Procedure 72.

1) My name is **Wendy M. Lewis**. I am over 18 years of age and am fully competent to testify.

2) I have been a client of Mr. **Chris Frank** for approximately **7** years.

3) After hearing of his departure from First Horizon, I reached out to him because I wanted to continue our business relationship. I value his advice and want him to remain as my financial advisor.

4) I believe that I should be able to work with the financial advisor of my choice. I strongly object to any attempt to determine who handles my personal finances other than me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **15th** day of **September**, 2022.

Name: **Wendy Michelle Lewis**     Date: **9/15/2022**

Signature: *Wendy Michelle Lewis*