# Exhibit 5

# DECLARATION

The undersigned hereby declares:

1) My name is Charles Russell.

2) I am older than 18 years of age.

3) I was a client of Chris Frank until August 11, 2022.

4) I did not have a meeting or phone call with anyone at First Horizon on August 29, 2022.

5) After receiving correspondence stating that TD Bank was acquiring First Horizon, I went to the First Horizon Advisors office located at 2221 Hamilton Place Blvd, Chattanooga, TN 37421 in June or July of 2022.

6) Upon arrival at the First Horizon office, I asked to speak with Chris Frank regarding what the acquisition meant for me and my accounts. I was advised that Mr. Frank was in a meeting and then spoke with a young lady who was working in Mr. Frank's office.

7) I spoke with her about investing a check from my son. She advised that I could deposit that into my account at First Horizon.

8) No one in that office or at any time said that Mr. Frank was leaving First Horizon.

9) Neither Mr. Frank nor anyone working with him told me to stop conducting business with First Horizon.

10) Neither Mr. Frank nor anyone working with him has solicited me to change my account relationship with First Horizon to another bank.

11) I still have my financial accounts with First Horizon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of September, 2022.

Name: CHARLES F. Russell  Date:
Signature: Charles F. Russell  9-21-2022