# Exhibit 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FIRST HORIZON BANK and<br>FIRST HORIZON CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHRISTOPHER GEORGE FRANK,<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*   No. 1:22-cv-00223-CEA-CHS<br>*<br>*<br>*<br>* |

## AFFIDAVIT OF CHRISTINE EVANS

The undersigned hereby swears and affirms as follows:

1. My name is Christine Evans.

2. I am 63 years old and am competent to testify.

3. I have worked in the banking industry for over forty (40) years. I joined First Tennessee Bank, the name of which has been changed several times and is now known as First Horizon Bank ("FH Bank"), approximately 41 years ago in 1981.

4. I started work at Pinnacle Bank on July 11, 2022.

5. Christopher G. Frank did not recruit me to leave FH Bank nor did he ask me to go to work for Pinnacle Bank nor recruit me to work for Pinnacle Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of Sept., 2022.

_____
Christine Evans

Witness my hand and seal,
this 23rd day of September, 2022.

_____
Notary Public
My Commission Expires: September 10, 2023