# Exhibit 7



# 13200. Required Arbitration

The Rule | Notices

**(a) Generally**

Except as otherwise provided in the Code, a dispute must be arbitrated under the Code if the dispute arises out of the business activities of a member or an associated person and is between or among:

- Members;
- Members and Associated Persons; or
- Associated Persons.

**(b) Insurance Activities**

Disputes arising out of the insurance business activities of a member that is also an insurance company are not required to be arbitrated under the Code.

> Amended by SR-FINRA-2008-021 eff. Dec. 15, 2008.
> Adopted by SR-NASD-2004-011 eff. April 16, 2007.
>
> **Selected Notice:** 07-07, 08-57.

‹ PART II GENERAL ARBITRATION RULES | UP | 13201. STATUTORY EMPLOYMENT DISCRIMINATION CLAIMS, DISPUTES ARISING UNDER A WHISTLEBLOWER STATUTE THAT PROHIBITS THE USE OF PREDISPUTE ARBITRATION AGREEMENTS, SEXUAL ASSAULT CLAIMS, AND SEXUAL HARASSMENT CLAIMS ›

©2022 FINRA. All Rights Reserved.

FINRA IS A REGISTERED TRADEMARK OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.