UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FIRST HORIZON BANK and FIRST HORIZON CORPORATION, | ) ) ) |
| Plaintiffs, | ) Case No. 1:22-cv-223 ) ) Judge Atchley |
| v. | ) ) ) Magistrate Judge Steger |
| CHRISTOPHER GEORGE FRANK, | ) ) |
| Defendant. | ) |

# JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action with prejudice pursuant to the parties' Agreed Final Judgment of Permanent Injunction [Doc. 61],

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT